Youssef H. Hammoud (SBN: 321934)
**THE CREDIT ATTORNEY, INC.**
601 N. Parkcenter Dr. Suite 202
Santa Ana, CA 92705
T: (949) 301-9692
F: (949) 301-9693
E: yhammoud@thecreditattorney.com

*Attorneys for Plaintiff,*
*David Macias*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MACIAS<br><br>   Plaintiff,<br><br>   v.<br><br>HUNT & HENRIQUES, LLP; and CITI BANK, N.A.<br><br>   Defendant. | **Case No.:** 8:24−cv−01496−DOC−DFM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT HUNT & HENRIQUES, LLP** |

NOTICE IS HEREBY GIVEN that Plaintiff David Macias ("Plaintiff") and Defendant Hunt & Henriques, LLP ("Hunt") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice as to Defendant Hunt within the next sixty (60) days. Plaintiff requests that this Court vacate all pending deadlines and hearings in this matter as to Defendant Hunt only. Plaintiff also requests that this Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Dated: October 23, 2025

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
**THE CREDIT ATTORNEY, INC.**
601 N. Parkcenter Dr. Suite 202
Santa Ana, CA 92705
T: (949) 301-9692
F: (949) 301-9693
E: yhammoud@thecreditattorney.com

*Attorneys for Plaintiff,*
*David Macias*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Zion Levi*