**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MACIAS<br><br>Plaintiff,<br><br>v.<br><br>HUNT & HENRIQUES, LLP; and CITI BANK, N.A.<br><br>Defendants. | Case No.: 8:24−cv−01496−DOC−DFM<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT HUNT & HENRIQUES** |

Upon review of the parties' Joint Stipulation of Dismissal with Prejudice as to Defendant Hunt & Henriques and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice against Hunt & Henriques only.

**IT IS ORDERED.**

Dated: December 2, 2025

*David O. Carter*
Honorable David O. Carter
United States District Judge

- 1 -